## LEWIS v. STATE.
### No. 20182.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Jack Acrey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for twelve years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## BROOKS v. STATE.
### No. 20169.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Philip S. Kouri, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving while drunk a motor vehicle upon the highway, punishment being five days in jail and a fine of one hundred dollars.

The indictment charges the offense. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.